## CAMPA v. STATE.

No. 13984.

Court of Criminal Appeals of Texas.

Feb. 18, 1931.

T. B. Monroe, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Appellant was convicted for aiding and abetting a party who was alleged to have been operating a motorbus without having a license as required by law. See subdivision (c) § 4, and section 14 of chapter 270, Acts Regular Session, Fortieth Legislature, and amended at the First Called Session of the Forty-First Legislature, c. 78, §§ 2, 5 (Vernon's Ann. Civ. St. art. 911a, § 4 (c) and Vernon's Ann. P. C. art. 1690a). Punishment was assessed at a fine of $50.

The record is here without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## CAMPA v. STATE.

No. 13985.

Court of Criminal Appeals of Texas.

Feb. 18, 1931.

T. B. Monroe, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

Appellant was convicted of aiding and abetting a party in operating a motorbus without having displayed upon the front of said motorbus an identification metal plate issued by the Railroad Commission identifying said vehicle as being a motorbus authorized to operate as provided by law. Punishment was assessed at a fine of $50.

The record is here without statement of facts or any bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.